IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00835-BNB

BRIAN KEITH JONES,

Applicant,

v.

DAVID L. MICHAUD, Chairman,
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 16 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

On April 23, 2008, this Court entered an order directing Plaintiff, Brian Keith Jones, to cure a deficiency in the case within thirty days. At the time Mr. Jones initiated the instant action, he was in the custody of the Colorado Department of Corrections and was incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. Although Mr. Jones was incarcerated when he initiated this action, he since has been paroled.

Mr. Jones's continuing obligation to pay the filing fee is to be determined, like any non-prisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr.

Jones will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that Mr. Jones submit, **within thirty 30 days from the date of this Order**, an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Jones, together with a copy of this order, two copies of the following form: **Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**. It is

FURTHER ORDERED that if Mr. Jones fails to submit, **within thirty days from the date of this Order**, an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or in the alternative to pay the $5.00 filing fee, the action will be dismissed without prejudice and without further notice.

DATED June 16, 2008, at Denver, Colorado.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00835-BNB

Brian Keith Jones
Prisoner No. 129556
1920 Capulin Drive
Colorado Springs, CO 80910

    I hereby certify that I have mailed a copy of this **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 6/16/08

GREGORY C. LANGHAM, CLERK

By: _Angie_
    Deputy Clerk